# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133705

ERIN F. BUSH, #218902

        Plaintiff-Appellant,

v

        SC: 133705
        CoA: 276520

DEPARTMENT OF CORRECTIONS

        Defendant-Appellee.

_____

        On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 20, 2007, the Clerk of the Court is hereby directed to close this file.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

jm